# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

|  |  |
|---|---|
| ) | |
| ) | |
| Plaintiff (s),               ) | Case No.   __CV 19-00550 WRP__ |
| ) | |
| ) | |
| vs.                          ) | |
| ) | |
| ) | |
| Defendant(s)            ) | |

### CONSENT TO JURISDICTION BY
### UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(c)(1), the undersigned party voluntarily consents to have the assigned United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

_____
Name of Party(s)

_____
Signature of Attorney or Pro Se Party                                      Date

----------------------------------------------------------------------------------------------------------

### REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

Pursuant to 28 U.S.C. § 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

_____
Name of Party(s)

_____
Signature of Attorney or Pro Se Party                                      Date

## THE DUTY TO RESPOND TO THIS NOTICE IS MANDATORY

**You MUST complete and file this form within 21 days of appearance.**  If a dispositive motion is filed prior to the date on which the submission of this form is required, the parties must file this form within **(7) calendar days after the motion is filed**.

**FILING INSTRUCTIONS**- Registered CM/ECF participants **are now required to e-file this document.**  Use the event **"Consent Election Form",**  found under **Civil Events —> Other Filings** —>**Consent Election Form**.  All other parties must file the form by mail, or in person, at the clerks office: U. S. District Court, 300 Ala Moana Blvd., Room C-338, Honolulu, HI, 96850.