Maxx Phillips (HI Bar No. 10032)
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2412
Honolulu, HI 96813
Phone: (808) 284-0007
Email: mphillips@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639),
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7100 ext. 308
Email: miyoko@biologicaldiversity.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>     *Plaintiff*,<br><br>     v.<br><br>WILBUR ROSS, et al.,<br><br>     *Defendants*. | Case No.: CV 19-00550 WRP<br><br>AFFIDAVIT OF SERVICE |

I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

     ECF 1       Complaint
     ECF 1-1    Civil Cover Sheet

|      |      |
|------|------|
| ECF 5 – 5-6 | Issued Summons |
| ECF 7 | Order Setting Rule 16 Scheduling Conference |
| ECF 7-1 | Memo from Clerk Re: Corporate Disclosure Statements |
| ECF 8 | Notice to Parties Regarding Service Pursuant to Rule 4 of the Federal Rules of Civil Procedure |
| ECF 8-1 | Notice of Lawsuit and Request to Waive Service of Summons |
| ECF 8-2 | Waiver of Service of Summons |
| ECF 9 | Notice of Assignment to United States Magistrate Judge |
| ECF 9-1 | Consent to Jurisdiction by United States Magistrate Judge Election Form |
| ECF 10 | Application for Leave to Appear *Pro Hac Vice* |
| ECF 11 | Corporate Disclosure Statement |
| ECF 12 | Order Granting *Pro Hac Vice* Motion |

On October 19, 2019, the above-listed documents were sent by certified mail, return receipt requested, to the following parties:

Wilbur Ross, Secretary
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

National Marine Fisheries Service
1315 East-West Highway
14th Floor
Silver Spring, MD 20910

Civil Process Clerk
U.S. Attorney's Office
300 Ala Moana Blvd., #6-100
Honolulu, HI 96850

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Secretary Ross and U.S. Attorney General received the documents on October 28, 2019.  The U.S. Attorney received the documents on October 22, 2019.  The National Marine Fisheries Service received the documents but did not include the date received on the delivery confirmation.  Receipts and delivery confirmation are attached hereto as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: November 21, 2019

*/s/ Maxx Phillips*
Maxx Phillips (HI Bar No. 10032)
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2412
Honolulu, HI 96813
Phone: (808) 284-0007
Email: mphillips@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
Phone: (510) 844-7100 ext. 308
Email: miyoko@biologicaldiversity.org

*Attorneys for Plaintiff*



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Wilbur Ross, Secretary
U.S. Department of Commerce
1401 Constitution Ave.,
NW Washington, DC 20230

9590 9402 4716 8344 6292 77

2. Article Number (Transfer from service label)
7019 1120 0001 1887 9922

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) OS Exec Sec
C. Date of Delivery 10/28/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
Delivery Restricted Delivery
ail
ail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
WASHINGTON, DC 20230
OFFICIAL USE
7019 1120 0001 1887 9922
Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate) $2.80
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.90
Total Postage and Fees $8.20
Postmark Here 0026 OCT 19 2019 10/19/2019
Sent To Wilbur Ross, Secretary U.S. Dept. Commerce
Street and Apt. No., or PO Box No. 1401 Constitution Ave.,
City, State, ZIP+4® NW Washington, DC 20230
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney General
950 Pennsylvania Avenue,
NW Washington, DC
20530-0001

9590 9402 4716 8344 6292 84

2. Article Number (Transfer from service label)
7019 1120 0001 1887 9915

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
OCT 28 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
Delivery Restricted Delivery
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domes

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
WASHINGTON, DC 20530
OFFICIAL USE
7019 1120 0001 1887 9915
Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate) $2.80
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.05
Total Postage and Fees $8.35
Postmark Here 0026 07 OCT 19 2019 10/19/2019
Sent To U.S. Attorney General
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave
City, State, ZIP+4® NW Washington, DC 20530-0001
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
National Marine Fisheries Service
1315 East-West Highway
14th Floor
Silver Spring, MD 20910

9590 9402 4716 8344 6293 07

2. Article Number (Transfer from service label)
7019 1120 0001 1887 9816

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) Marcus Haas
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domest

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
SILVER SPRING, MD 20910
OFFICIAL USE
7019 1120 0001 1887 9816
Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate) $2.80
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.90
Total Postage and Fees $8.20
Postmark Here 0026 07 OCT 19 2019 10/19/2019
Sent To NMFS
Street and Apt. No., or PO Box No. 1315 East-West Highway, 14th floor
City, State, ZIP+4® Silver Spring, MD 20910
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Civil Process Clerk
U.S. Attorney's office
300 Ala Moana Blvd.,
#6-100
Honolulu, HI 96854

9590 9402 4716 8344 6292 91

2. Article Number (Transfer from service label)
7019 1120 0001 1887 9908

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent ☐ Addressee

B. Received by (Printed Name) T. Shatton
C. Date of Delivery 10-22-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
ail
ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
HONOLULU, HI 96850
OFFICIAL USE
7019 1120 0001 1887 9908
Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate) $2.80
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.05
Total Postage and Fees $8.35
Postmark Here 0026 OCT 19 2019 10/19/2019
Sent To U.S. Attorney's office
Street and Apt. No., or PO Box No. 300 Ala Moana Blvd., #6-100
City, State, ZIP+4® Honolulu, HI 96850
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

EXHIBIT A